**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re William Andrew Allen, Relator

Appellate case number:    01-19-00586-CR, 01-19-00587-CR, 01-19-00588-CR, 01-19-00589-CR, 01-19-00590-CR, 01-19-00591-CR, 01-19-00592-CR, 01-19-00593-CR, 01-19-00594-CR, 01-19-00595-CR, 01-19-00596-CR

Date Motion Filed:       September 20, 2019

Party Filing Motion:      Relator, William Andrew Allen

      A majority of the panel has voted to **deny** rehearing.

Judge's signature: ___/s/ Sherry Radack_____
                ☐ Acting individually   ☒ Acting for the Court

Date: __November 14, 2019____